FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-274
_____

DANIEL DICKERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

September 24, 2021


PER CURIAM.

AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Dickerson, pro se, Appellant.

Ashley Moody, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.